UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAYNES, | CASE NO. CV 09-1663-DMG (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| CONNIE GIPSON, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 29, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\LA09CV01663DMG(PJW)_Haynes_judgment.wpd